## 40083.   GRINER v. UNION TEXAS
## NATURAL GAS CORPORATION.

RUSSELL, Judge.  The only assignment of error in this bill of exceptions is to an order reciting that "plaintiff's general demurrer to defendant's answer as amended is hereby sustained and said answer is hereby dismissed as to the defense of estoppel."  That this is not such a final judgment as will support a direct bill of exceptions, even though it leaves the case, a suit on a promissory note, without any issuable defense, see *Johnson v. First Nat. Bank*, 50 Ga. App. 90 (177 SE 73) and citations.

It follows that the bill of exceptions must be

> *Dismissed.  Felton, C. J., and Eberhardt, J., concur.*

DECIDED MAY 23, 1963—MOTION TO AMEND JUDGMENT
DENIED JUNE 5, 1963.

*Shirley C. Boykin, Claude V. Driver*, for plaintiff in error.
*E. B. Jones, Jr., Harold L. Murphy*, contra.